Joseph A. Skinner (10832)
Aspen M. Jensen (18427)
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Email: joseph@scalleyreading.net
Email: aspen@scalleyreading.net

*Attorneys for Black Diamond Experts, LLC and Daniel L. James*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSEPH "JOE" HAGAN; and DOES 1-100; <br><br> Plaintiff, <br><br> vs. <br><br> BLACK DIAMOND EXPERTS, LLC; Daniel L. James; and DOES 1-100, <br><br> Defendants. | STIPULATED MOTION FOR STAY AND CONTINUANCE OF AMENDED SCHEDULING ORDER <br><br> Civil No. 4:25-cv-00088-AMA-PK <br><br> Judge Ann Marie McIff Allen <br> Magistrate Judge Paul Kohler |

Defendants Black Diamond Experts, LLC and Daniel L. James ("Black Diamond") and Plaintiff Joseph Hagan, by and through undersigned counsel, hereby stipulate and respectfully request that this Court enter an order to stay this litigation for ninety (90) days and extend all case deadlines by the same period. This request is made for good cause and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure as Plaintiff's counsel had a medical emergency that has rendered him momentarily incapacitated. To allow Plaintiff's counsel time to recover and to ensure that all parties receive effective representation throughout this litigation, the parties jointly request that this Court enter an order:

1. Staying all proceedings in this matter for ninety (90) days from the date of the Court's order;

2. Extending all case deadlines, including all discovery deadlines, motion filing deadlines, the final pretrial conference date, the trial date, and all other case management deadlines established in the scheduling order or by court order, by ninety (90) days;

3. Providing that the stay shall be lifted automatically upon the expiration of the ninety-day period unless the parties jointly move for a further extension or the Court orders otherwise; and

4. Granting such other and further relief as the Court deems just and proper.

WHEREFORE, for the reasons expressed herein, the parties respectfully request that this Court enter such relief.

DATED this 15th day of July 2026.

SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.

*/s/ Aspen M. Jensen*
Aspen M. Jensen
*Attorneys for Black Diamond Experts, LLC, and Daniel L. James*

STIPULATED to on this 15th day of July 2026.

DMD LAW

*/s/ Dastan M. D'o\**
Dastan M. D'o
*Attorney for Plaintiff Joseph Hagan*
*\*Signature affixed per permission granted via email on 7/15/26*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing STIPULATED MOTION FOR STAY AND CONTINUANCE OF AMENDED SCHEDULING ORDER was filed with the Court's CM/ECF procedures this 15th day of July 2026, which caused notice to be served on all who have appeared in this matter.

SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.

*/s/ Emily Row*
Emily Row
*Paralegal*

3